**Andrew M. Schpak,** OSB No. 044080
aschpak@barran.com
**Josh M. Goldberg**, OSB No. 180414
jgoldberg@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| **KATHERINE NIEDERMEYER**,<br><br>Plaintiff,<br><br>v.<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**,<br><br>Defendant. | **CV. No. 3:21-cv-00904-HZ**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Josh M. Goldberg of the law firm Barran Liebman LLP, 601 SW 2nd Avenue, Suite 2300, Portland, Oregon 97204-3159, is appearing as counsel of record on behalf of Defendant Lincoln Life Assurance Company of Boston in the above-captioned matter.

DATED this 30th day of June, 2021.

BARRAN LIEBMAN LLP

By *s/ Josh M. Goldberg*
Andrew M. Schpak, OSB No. 044080
aschpak@barran.com
Josh M. Goldberg, OSB No. 180414
jgoldberg@barran.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2021, I served the foregoing **NOTICE OF APPEARANCE** on the following parties at the following addresses:

Megan E. Glor
megan@meganglor.com
John C. Shaw
john@meganglor.com
707 NE Knott Street, Suite 101
Portland, OR 97212
Attorneys for Plaintiff

by the following indicated method(s) set forth below:

☑ **Electronic Filing Using the Court's ECF System**

☐ **Email**

☐ **Facsimile**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

*s/ Josh M. Goldberg*

Josh M. Goldberg



**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500 FAX (503) 274-1212