# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:21-CV-00904-HZ

Plaintiff:
**Katherine Niedermeyer,**

vs.

Defendant:
**Lincoln Life Assurance Company of Boston,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Lincoln Life Assurance Company of Boston c/o Corporation Service Company, 1127 Broadway St NE, Suite 310, Salem, OR 97301**.

I, Chris Pfeiffer, being duly sworn, depose and say that on the **18th day of June, 2021 at 3:35 pm, I:**

**SERVED** Lincoln Life Assurance Company of Boston c/o Corporation Service Company by serving a true copy of the **Summons; Complaint** to **Audrey Groom, Service of Process Technician** at 1127 Broadway St NE, Suite 310, Salem, OR 97301.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

6/29/21

**Chris Pfeiffer**
Process Server

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2021005810

Subscribed and Sworn to before me on the 29th day of June, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL STAMP
EDWARD CHARLES DURDEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 968603
MY COMMISSION EXPIRES NOVEMBER 15, 2021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z