UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KATHERINE NIEDERMEYER**
Plaintiff,

**Case No.: 3:21-cv-00904-HZ**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
Defendant.

**Fed. R. Civ. P. 26(a)(1) Discovery Agreement**

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** July 27, 2021

Signature: John C. Shaw

Name and OSB ID: John C Shaw OSB#-065086

E-mail Address: john@meganglor.com

Firm Name: Megan E. Glor, Attorneys at Law

Mailing Address: 707 NE Knott Street, Suite 101

City, State, Zip: Portland, OR 97212

Parties Represented: Katherine Niedermeyer