**Iwana Rademaekers, Texas Bar No. 16452560**
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | | |
|---|---|---|
| KATHERINE NIEDERMEYER, | § | **Case No.: 3:21-cv-00904-HZ** |
| | § | |
| Plaintiff | § | **DEFENDANT'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT** |
| | § | |
| vs. | § | |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

COMES NOW Defendant, Lincoln Life Assurance Company of Boston (now known as The Lincoln National Life Insurance Company), by and through its counsel, and for its corporate disclosure pursuant to Federal Rules of Civil Procedure Rule 7.1, states as follows:

1. **Effective October 1, 2021, Lincoln Life Assurance Company of Boston** has merged with **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation (NYSE:LNC), a publicly held corporation.

Dated the 25th day of October 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Texas Bar No. 16452560
(Admitted *Pro Hac Vice*)
iwana@rademaekerslaw.com

- AND -

BARRAN LIEBMAN LLP

By: /s/ *Josh M. Goldberg*

**Josh M. Goldberg, OSB No. 180414**
jgoldberg@barran.com
**Andrew Schpak, OSB No. 044080**
ASchpak@barran.com
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH: (503) 228-0500
FX: (503) 274-1212

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Oregon, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Megan E. Glor
E-mail: megan@meganglor.com
John C. Shaw
Email: john@meganglor.com

Dated: October 25, 2021

By: /s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.