Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Fax: (503) 751-2071
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Katherine Niedermeyer,

Plaintiff(s),

Case No.: 3:21-cv-00904-HZ

v.

Lincoln Life Assur. Co. of Boston,

Defendant(s).

# JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

☑ Yes ☐ No

If not, provide an explanation:

____________________________________________

____________________________________________

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

______________________________

______________________________

______________________________

☐ (c) ADR may be helpful at a later date following completion of:

______________________________

______________________________

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

______________________________

______________________________

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f) Other:

The parties are currently engaged in settlement discussions and do not desire ADR at this time.

______________________________

______________________________

Dated: November 12, 2021

By: s/ John C. Shaw

John C. Shaw, OSB No. 065086

By: s/ Iwana Rademaekers

Iwana Rademaekers, Pro Hace Vice