Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**KATHERINE NIEDERMEYER,**

**Plaintiff,**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**Case No. 3:21-cv-00904-HZ**

**JOINT STIPULATED MOTION FOR EXTENSION OF CASE DEADLINES**

## CERTIFICATION PER L.R. 7.1

The undersigned certify that they have conferred and are in agreement regarding this motion.

/ /

## MOTION

The parties hereby move this Court for an order extending the current case deadlines in this ERISA-governed employee benefit case (29 U.S.C. 1132(a)(1)(b)), by an additional 30 days, as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery cutoff | 1/21/22 | 2/21/22 |
| Plaintiff's Dispositive Motion | 2/11/22 | 3/14/22 |
| Defendant's Cross-Dispositive Motion and Response to Plaintiff's Motion | 3/4/22 | 4/4/22 |
| Plaintiff's Response and Reply | 3/25/22 | 4/25/22 |
| Defendant's Reply | 4/15/22 | 5/16/22 |

The parties continue to engage in productive settlement negotiations, but require additional time. This motion is intended to allow sufficient time for the parties to continue to negotiate and to prepare their dispositive motions if negotiations do not result in a settlement.

For the reasons set forth above, the parties respectfully request the Court to grant this motion extending the case deadlines to the above dates.

DATED: January 10, 2022

Respectfully Submitted,

s/ John C. Shaw
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

s/ Iwana Rademaekers
Iwana Rademaekers, *Pro Hace Vice*
Email: iwana@rademaekerslaw.com
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

Attorneys for Defendant