Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, PC
707 NE Knott Street, Suite 101
Portland, OR  97212
Telephone: (503) 223-7400
Facsimile:  (503) 751-2071

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **KATHERINE NIEDERMEYER,** | Case No. 3:21-cv-00904-HZ |
| Plaintiff, | **JOINT STIPULATED MOTION FOR EXTENSION OF CASE DEADLINES** |
| v. | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | *Expedited review requested* |
| Defendant. | |

### CERTIFICATION PER L.R. 7.1

The undersigned have conferred and are in agreement regarding this motion.

/ /

**JOINT STIPULATED MOTION
TO EXTEND CASE DEADLINES - Page 1 of 2**

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
(503) 223-7400

## MOTION

The parties hereby move for an order extending the current case deadlines in this ERISA-governed benefit case (29 U.S.C. 1132(a)(1)(b)), by 30 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cutoff | 02/21/22 | 03/23/22 |
| Plaintiff's Dispositive Motion | 03/14/22 | 04/13/22 |
| Defendant's Cross-Dispositive Motion and Response to Plaintiff's Motion | 04/04/22 | 05/04/22 |
| Plaintiff's Response and Reply | 04/25/22 | 05/25/22 |
| Defendant's Reply | 05/16/22 | 06/15/22 |

The parties are engaged productively in settlement negotiations. Settlement involves significant taxation issues and Plaintiff requires additional time to address those issues. This motion is intended to allow sufficient time for the parties to complete negotiations and to prepare and file their dispositive motions if negotiations do not result in a settlement.

For the reasons set forth above, the parties respectfully request that the Court grant this motion, extending the case deadlines as stated above.

DATED: February 16, 2022.

Respectfully Submitted,

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

s/ Iwana Rademaekers
Iwana Rademaekers, *Pro Hace Vice*
Email: iwana@rademaekerslaw.com
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

Attorneys for Defendant